'23CV2314 AJB  KSC

# EXHIBIT 2

![Wolters Kluwer]

**CT Corporation**
**Service of Process Notification**
11/20/2023
CT Log Number 545180679

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Maria Haskins<br>GEICO Corporation<br>5260 Western Ave<br>Chevy Chase, MD 20815-3799 |
| **RE:** | Process Served in California |
| **FOR:** | Geico  (Cross Ref Name)  (Domestic State: NE)<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: WILLIAM WHITE, AN INDIVIDUAL // To: GOVERNMENT EMPLOYEES INSURANCE COMPANY |
| **CASE #:** | 37202300048383CUWTCTL |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 11/20/2023 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/20/2023, Expected Purge Date: 11/25/2023<br><br>Image SOP<br><br>Email Notification,  Maria Haskins   email @geico.com<br><br>Email Notification,  Mercy Dellor   email @geico.com |
| **REGISTERED AGENT CONTACT:** | Amanda Garcia<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.