'23CV2314 AJB KSC

# EXHIBIT 3

**PLEASE PRINT**
**PLEASE COMPLETE ANSWERS TO ALL QUESTIONS THAT APPLY TO YOU**

## PERSONAL DATA

**Legal name** Last: White JR  First: William  Middle: Harold

**Known by or used any other names** Last: —  First: —  Middle: —

**Present Address** No./Street: PRIVACY  Apt.#: —  City: Escondido  State: CA  Zip Code: 92026  How long at this address? 2 years

**Prior Address** No./Street: PRIVACY  Apt.#: —  City: Escondido  State: CA  Zip Code: 92026  How long at this address? 2 years

**Prior Address** No./Street: —  Apt.#: —  City: —  State: —  Zip Code: —  How long at this address? —

**Social Security Number:** PRIVACY
**Email address:** PRIVACY

**Telephone Number(s): Home:** PRIVACY
**Work Phone:** PRIVACY
**Can you be contacted here?** ☒ YES  ☐ NO

## EMPLOYMENT DESIRED

**Position you are applying for:** Claims / Sales / Customer Service

**Salary desired:** Open
**Are you willing to relocate?** ☐ YES  ☒ NO
**Date available:** 9/3/01
**Are you under age 18?** ☐ YES  ☒ NO

**Have you ever been employed by GEICO?** ☐ YES  ☒ NO  If yes, when? —
**Have you ever applied to GEICO before?** ☐ YES  ☒ NO
**If so, when?** —

## EDUCATIONAL & TRAINING BACKGROUND

| School | Name of School | City & State | Did you graduate | Major course & degree | Total Credits |
|---|---|---|---|---|---|
| High or Preparatory | PRIVACY High School | Ann Arbor MI | ☒ YES ☐ NO | | |
| Business or Trade, GED | | | ☐ YES ☐ NO | | |
| College(s) and/or Graduate School(s) | PRIVACY College | Traverse City MI | ☐ YES ☒ NO* | Aviation | |
| | | | ☐ YES ☐ NO* | | |

**College G.P.A.:** —
**Professional Designation(s):** —

**Activities and offices** (Athletics, honorary, management, etc.) (Please exclude any which by name or character would indicate the race, color, religion, sex, age or national origin of its members.)

**Are you enrolled in classes now?** ☐ YES  ☒ NO
**What School?** —  **Class Hours:** —  **What Subject?** —

## OFFICE SKILLS

☐ Type ___ WPM  ☐ Word Processing  ☒ Computer Operations  ☒ Personal Computer  ☐ Computer Programming

☐ List software programs: Windows
☐ List other skills: —

## INSURANCE RELATED

Do you now hold, or have you ever held, an insurance-related license of any kind, e.g. Insurance agent, Adjuster?
☒ NO  ☐ YES  If yes, type of license held, state issued and date issued _____

Have you ever had an insurance-related license refused, suspended, cancelled or revoked?
☒ NO  ☐ YES  If yes, explain and give date and jurisdiction

If you are applying for a claims position, please complete the next line.
Do you have a valid and unrestricted drivers license? ☐ NO  ☒ YES  State: CA  Drivers license number: PRIVACY

2

D-35-A (7-99)

# EMPLOYMENT HISTORY

List all present and past employment, beginning with your most recent. Please include employment lapses not included in your work history. You must complete this application even if you have a resume. Use additional forms as needed.

## 1

**Name of Present or Last Employer:** PRIVACY

**Address** No. PRIVACY Street — **City:** Poway **State:** CA **Zip Code:** PRIVACY

**Dates of Employment:** From 10/00 to Present **Annual Salary: Starting $** PRIVACY **Final $** PRIVACY

**Other Compensation (e.g. bonuses, commissions, stock options-describe and indicate value):**

**Position/Title and Responsibilities:** PRIVACY

**Immediate Supervisor's Last Name / First / Title:** PRIVACY

**May we contact?** YES [X] NO [ ] **Telephone Number:** PRIVACY

**Did you resign?** [X] Yes **Why?** PRIVACY
[ ] No **Reason for Leaving**

## 2

**Previous Employer:** PRIVACY

**Address** No. Street — **City:** Escondido **State:** CA **Zip Code:** PRIVACY

**Dates of Employment:** From 5/97 to 10/00 **Annual Salary: Starting $** PRIVACY **Final $** PRIVACY

**Other Compensation:** PRIVACY

**Position/Title and Responsibilities:** PRIVACY

**Immediate Supervisor's Last Name / First / Title / Telephone Number:** PRIVACY

**Did you resign?** [X] Yes **Why?** PRIVACY
[ ] No **Reason for Leaving**

## 3

**Previous Employer:** PRIVACY

**Address** No. Street PRIVACY — **City:** Ypsilanti **State:** MI **Zip Code:** PRIVACY

**Dates of Employment:** From 11/96 to 5/97 **Annual Salary: Starting $** PRIVACY **Final $** PRIVACY

**Other Compensation:**

**Position/Title and Responsibilities:** PRIVACY

**Immediate Supervisor's Last Name / First / Title / Telephone Number:**

**Did you resign?** [X] Yes **Why?** Moved to San Diego.
[ ] No **Reason for Leaving**

## 4 EMPLOYMENT HISTORY (Continued)

**Previous Employer:** PRIVACY

**Address** No. _____ Street _____ City: Belleville State: MI Zip Code: _____

**Dates of Employment:** From 05/94 to 11/94  **Annual Salary:** Starting $ _____  Final $ _____

**Other Compensation (e.g. bonuses, commissions, stock options-describe and indicate value):**

**Position/Title and Responsibilities:** PRIVACY

**Immediate Supervisor's Last Name** _____ **First** _____ **Title** _____ **Telephone Number** _____

**Did you resign?**
[X] Yes  Why? PRIVACY
[ ] No  Reason for Leaving

## OPTIONAL OTHER POSITIONS OR ACTIVITIES

After listing your other previous positions you may, if you wish, include in this space any pertinent civic, welfare, or organizational activity which you have performed, either with or without compensation. Show actual time spent in such activity.

| Date From | to | Name and address of Company or activity | Type of Position |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## UNITED STATES MILITARY SERVICE

Please provide copy of DD214 record of military service.

**Branch:** U.S. Navy   **Date Entered:** PRIVACY

**Date discharged or placed on inactive duty:** PRIVACY   **Present or Last rank:** PRIVACY

**Relevant military work experience:** PRIVACY

## AUTHORIZATION (Please Initial)

I understand that the GEICO Companies are at will employers and this application is for information purposes only, and does not create a contract between the Companies and myself. [WHW] Initials

I understand that, if employed, it will be for a trial (certification) period; and that, if in the judgement of the Company I am unsuitable anytime during this period, my employment may be terminated by the Company without notice; and that, after this trial period, my employment may be terminated by either party at will upon notice to the other. In any event, all obligation on the Company's part as respects salary shall end with the last day I work. [WHW] Initials

If employed, I will wear a seat belt when riding as a passenger or operator, in any automobile while on Company business. I understand that if I violate this rule I may be subject to dismissal. [WHW] Initials

I understand that the GEICO Companies have a non smoking policy. The policy prohibits smoking in company building, on company owned grounds and in company owned vehicles. If an offer of employment is made, and I accept that offer, it is with full knowledge of the non smoking condition of employment. [WHW] Initials

I understand that as a condition of employment, I agree to be paid by Direct Deposit to a participating financial institution. [WHW] Initials

**SIGN YOUR NAME (MUST agree with signature on your Social Security Card):** William H West Jr

**Date:** 8/23/01

4

## EMPLOYMENT ELIGIBILITY

Are you a United States Citizen?  ☒ YES  ☐ NO

If you are not a U.S. Citizen, do you have a legal right to work in the U.S.?  ☐ YES  ☐ NO

Alien registration number, if applicable _____

## DRUG SCREENING AGREEMENT

### GOVERNMENT EMPLOYEES COMPANIES EMPLOYMENT DRUG SCREENING AGREEMENT

I understand and agree that any offer of employment made to me by the Government Employees Companies is contingent upon the outcome of a pre-employment medical evaluation which includes a screening for illegal drugs to be arranged at the Company's expense. I agree to complete the pre-employment medical evaluation and to supply a specimen of my urine for analysis as a part of the Company's drug screening program, within 72 hours of the extended offer. Failure to do so may result in the offer being withdrawn. I further understand that if I fail to pass the pre-employment medical evaluation or if my urine specimen is positive for controlled substances, or if my urine specimen shows any evidence of adulteration or substitution I will not be hired at the present time but can re-apply for a position after one year from the date of my last drug screening. I understand that if I fail to provide a specimen of my urine at or within one hour of the scheduled drug test that the offer of employment may be withdrawn.

**YOUR FULL NAME**
Name: William H White JR
Signature: William H White JR
Date: 8/23/01

**WITNESSED BY:**
Name: Emidy T. Anderson
Signature: Emidy T. Anderson
Date: 8/23/01

## DEPARTMENT USE ONLY

Date: __/__/__   Interviewer: _____   Referred?: _____   If yes, for what job title(s): _____

☐ Background check completed    Job offer made? ☐ Yes ☐ No

## COMPLETED BY APPLICANT, IF HIRED

| If Married, Name of Husband or Wife | Your Maiden Name | Your Date of Birth | Female | Male |
|---|---|---|---|---|
| PRIVACY | | PRIVACY | ☐ | ☒ |

Name of Person to Contact in Case of Emergency: PRIVACY

Emergency Contact Address No. Street: PRIVACY   City: ESCONDIDO   State: CA   Zip Code: 92026

GEICO is an equal opportunity employer. The information requested below will not be used in the selection process. It will be used in administering our equal employment opportunity program and for periodic reporting as required by federal or State Governments. Please check one.

☐ Black   ☐ Asian or Pacific Islander   ☐ Native American or Alaskan Native   ☐ Hispanic   ☒ White

### PLEASE PRINT

## DEPARTMENT USE ONLY — IF ACCEPTED, TO BE COMPLETED BY INTERVIEWING DEPARTMENT

Rehire: ☐ YES  ☒ NO     Night or Other Shift (Days & Hours): Post Training

D-8#: _____
Reporting date: 10/08/01   Reg/Dept/Div: IV/Claims/D.H   Sec. Code: W365   Job Title: CSRI

Grade: 60   Job Code: 6010g   Hourly: ___   Weekly: ___   Yearly: 25010   Telephone: PRIVACY   Location: SDRO

Approved By: L. Sturges

5
D-35-A (7-99)