'23CV2314 AJB KSC

# EXHIBIT 4

# William White Demand to be made Whole.

02/15/2023

Demand for compensation of monies lost while recovering from injuries sustained while under the employment of GEICO and monies lost due to GEICO's separation of employment with William White on February 3, 2023. I started working for GEICO on October 8, 2001, and have worked for GEICO Insurance for 21 years. During my time with GEICO, I worked my way up from Call Center to Bodily Injury Adjuster to what would end up being my final position as Performance Review for Liability. During this time, I developed Trigger finger in my right middle finger, Carpal Tunnel Syndrome in both hands and debilitating arthritis in both thumbs, causing a subluxation of greater than 30% in the right thumb and 20% in the left thumb. These subluxations caused my thumbs to dislocate on a regular basis causing pain.

I reported the pain to my supervisor who then advised me he passed it along to our manager. I had to follow up 3-4 times over the course of a month with my supervisor about the claim before it was reported to HR by our manager. The claim was finally reported on 7/27/2021. After meeting with a doctor and being referred to an orthopedic specialist I had surgery to address the trigger finger first on 11/8/2021. On 12/1/2021 I was released to go back to work with restrictions to limit my typing to 20 mins per half hour. These restrictions could not be accommodated by GEICO, and I remained off work. On 1/12/2022 I had another follow up and the doctor submitted restrictions to limit my typing to 25 mins per half hour, again GEICO could not accommodate these restrictions. Other follow up's on 2/23/2022 and 5/18/2022 and same restrictions and same response from GEICO. On 7/27/2022 a return to work status was submitted advising to remain off work as I was recovering from my second surgery, this one

MEDICAL

On 12/6/2022 I received a call from GEICO HR in which they said they gave me a year to get better and unless I returned to work by 1/3/2023 with or without restrictions they may have to separate employment with me.

MEDICAL

MEDICAL

# MEDICAL

**MEDICAL** These restrictions were not approved, and I was advised that GEICO was separating employment with me as of 2/3/2023. I was forced to retire after 21 years at GEICO at the age of 56, 9 years before my planned retirement at 65. All the return o work status letters have been sent to GEICO and should be on file along with any responses from GEICO.

The position I had prior to leaving for surgery was as an auditor for Liability claims (TCR1) which is not a customer facing position and I was not on the phones. My job duties included reviewing claims files for compliance, addressing corporate audits, assessing trends and training. These duties did not require constant 25 minutes of typing. These duties also show that there were other parts of my position that could be done during the 5 minutes of "break" the doctor recommended between typing. When I left for surgery on 11/8/2021 I was rated a 4+ and leading the company in file audits from our Claims Home Office (CHO). When I was advised of the separation HR told me that once the restrictions had been removed, I would be eligible to reapply at GEICO. I was a dedicated employee and worked to advance within GEICO for 21 years to acquire the position, knowledge, experience and pay rate of $69,000. If I were to reapply it would be for an entry level position and I would lose all my seniority and advancement.

To demonstrate my ability to return to work with the restrictions prescribed by my treating doctor, I typed this demand only three weeks after dorsal arthroplasty surgery to my left thumb.

My salary, the 6% contribution to the 401K by the company, the company paid portion of health insurance, my 4 weeks a year vacation and 4 floating holidays a year equal $790,822.29. This amount also includes the 6 months I could have worked between 12/1/2021 and 6/1/2022. The difference in a lumpsum payout of my pension is $78,923.86. This is the difference between lumpsum at 56 and a lumpsum at 65 based on the Berkshire Hathaway Consolidated Pension Plan self-service calculator. These numbers do not include merit raises or changes to the health insurance plan. These are the minimum amounts used to come up with the demand amount of **$869,806.15.** At age 56 and recovering from carpal tunnel and arthroplasty surgery my ability to start a new carrier is very limited. If this were to go before a jury, the award could be in excess of $1.5 million, based on the amount of the demand I am making now and taking in to account merit raises, promotions and contributions to my 401K. In addition to the legal cost for both sides. If this were to go to court the delays by management to report this would be a factor in the jury's decision and the amount I would be seeking.

I respectfully demand compensation in the amount of $869,806.15 from Government Employees Insurance Company for being forced to retire early based on a work-related injury received during my 21 years of employment. This is a 30-day demand, and I will seek counsel if not met or negotiated within the 30 days. I loved working for GEICO, and I was a dedicated employee and promoted GEICO not only for insurance but as a great place to work. I had 9 more years of work before I was going to retire and had no intention of leaving GEICO prior to that. This forced separation has caused not only financial harm to my family but has caused a great deal of anxiety and depression in dealing with this. I have done everything asked of me to expedite the recovery of this work-related injury and return to work. Now I have been forced to retire early from GEICO, my pension is drastically reduced, and I have a financial burden of paying $1752.61 for health insurance instead of $509.65. We are not eligible for Medicare or other Health Insurance at reduced rates. This is a fair demand based on the facts of this case and will allow me to enjoy the retirement I was forced into despite starting it early and still recovering from my work injuries.

Please respond within the 30 days to settle this matter. Thank you.

*[signature]*

William White
103370
CONTACT INFO Rd
Ramona, CA 92065
760- CONTACT INFO